02/09/2018 Motion allowed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

MICHAEL SCHWARTZMAN            Chapter 7
LYNN SCHWARTZMAN,              Case No. 11-19667-JNF
           Debtors

## MOTION OF UNITED STATES TRUSTEE TO REOPEN CASE AND TO REAPPOINT CHAPTER 7 TRUSTEE

Pursuant to 28 U.S.C. 586 and 11 U.S.C. 307 the United States Trustee moves the Court to enter an order reopening the Chapter 7 case of Michael Schwartzman and Lynn Schwartzman ("Debtors") and reappointing Mark G. DeGiacomo, Esq. as trustee ("Trustee"). In support, the United States Trustee says:

I.
FACTS

1. On October 12, 2011, the Debtors filed a voluntary Chapter 7 petition.

2. Mark G. DeGiacomo, Esq. was appointed as Trustee.

3. On November 10, 2011, the Trustee conducted the first meeting of creditors ("Meeting"). The Meeting was continued to December 5, 2011, January 10, 2012 and February 7, 2012 then adjourned on the record on March 14, 2012.

4. On March 15, 2012, the Trustee filed a Report of No Distribution.

5. The Court entered an order discharging the Debtors on May 10, 2012.

6. The Court entered an order closing the Debtors' Chapter 7 Case on May 31, 2012.

1